In Re: Tax Claim Bureau Sale of Property in Independence Township, Washington County, Pennsylvania.

Charles Teslovich and Dolores Teslovich, his wife, Appellants.

Argued October 28, 1975, before President Judge BOWMAN and Judges CRUMLISH, JR., KRAMER, WILKINSON, JR., MENCER, ROGERS and BLATT.

*Sanford S. Finder,* for appellants.

*Michael Georgalas,* for appellee.

OPINION BY JUDGE KRAMER, December 16, 1975:

This case is affirmed on the opinion of the Court of Common Pleas of Washington County, reported at 55 Wash. 199 (1975).